GARY M. RESTAINO
United States Attorney
District of Arizona

MARGARET PERLMETER
Arizona State Bar No. 024805
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: Margaret.Perlmeter@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>(1) Shane Killian Burns,<br>(2) Christina Danielle Patacky-Beghin,<br><br>　　　　　　　Defendants. | CR-22-1507-PHX-SPL<br><br>**MOTION TO CONTINUE<br>DECEMBER 5, 2023 TRIAL** |

　　　　The United States of America, through undersigned counsel, requests that this Court continue the trial for 30 to 45 days.

　　　　On November 15, 2023, Defendant Burns filed four substantive pre-trial motions. (Doc. 44-46, and 48).  The United States' deadline to file a response is November 29, 2023, and if Defendant Burns wishes to reply, the deadline is December 6, 2023.  Fed. R. Crim. P. 6, L.R. Civ P. 7.2 and 7.3.  The deadline to file a response is after the final pre-trial conference and the deadline to reply, is after the trial date.  An evidentiary hearing or an in-camera review of documents related to one or more of the motions may need to occur before the trial can begin.  A continuance of the trial date is needed so the parties can fully brief the issues before the Court, conduct any evidentiary hearings or in-camera review as deemed necessary by the Court, and adequately prepare for trial.

　　　　Counsel has conferred with Larry Kazan, counsel for Defendant Burns, and Jason

1   Squires, counsel for Defendant Patacky-Beghin, who have no objection to this motion.

2   Excludable delay under Title 18 U.S.C. 18 U.S.C. § 3161(h) will occur as a result
3   of this Motion or from an order based thereon.

5   Respectfully submitted November 21, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Margaret Perlmeter*
MARGARET PERLMETER
Assistant U.S. Attorney

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on November 21, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Lawrence I. Kazan, Jason Squires. |

/s/*Silvia A. Cañez*
U.S. Attorney's Office