IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>    v.<br><br>(1) Shane Killian Burns,<br>(2) Christina Danielle Patacky-Beghin, | No. CR-22-1507-PHX-SPL<br><br>**[PROPOSED] ORDER** |

      The Court having reviewed the Government's Motion to Continue the December 5, 2023 trial date, there being no objection, and good cause appearing,

      **IT IS ORDERED** continuing the trial of this case from December 5, 2023 to _____, 2024, at _____ in Phoenix, Arizona.

      The Court finds excludable delay under 18 U.S.C. § 3161(h) will occur as a result of this order based thereon.