1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**
7 **FOR THE DISTRICT OF ARIZONA**
8

9 United States of America,                                    No. CR-22-01507-002-PHX-SPL

10                 Plaintiff,                                  **AMENDED ORDER**

11 v.

12 Christina Danielle Patacky-Beghin,

13                 Defendant.

14

15        **IT IS ORDERED** setting Sentencing on **Monday, February 5, 2024 at 3:00**

16 **p.m.**

17        **IT IS FURTHER ORDERED** no more than ten (10) character letters shall be

18 submitted by Defense Counsel in criminal cases, unless otherwise ordered by the Court.

19        **IT IS FURTHER ORDERED** original letters must be submitted by Defense

20 Counsel in paper form with the original to the U.S. Probation Office and copies to the

21 Court and opposing counsel at least five (5) business days prior to the hearing. Character

22 letters shall not be mailed directly to the Court by any family members or other persons

23 writing in support of the Defendant. Character letters or a notice of such shall **not** be filed

24 electronically unless otherwise ordered by the Court.

25        **IT IS FURTHER ORDERED** that any motions for upward departure, downward

26 departure and sentencing memoranda must be filed, at least, seven (7) business days prior

27 to the sentencing date. Responses are due three (3) business days prior to the sentencing

28 date. Any motion to continue sentencing must be filed promptly upon discovery of the

cause for continuance and must state the cause with specificity. Motions to continue sentencing filed less than fourteen (14) days before sentencing are disfavored.

Dated this 8th day of January, 2024.

Honorable Steven P. Logan
United States District Judge