JASON D. SQUIRES
*SQUIRESLAW, PLLC*
Bar No. 019601
*HAYDEN FERRY LAKESIDE*
60 E. Rio Salado Parkway,
Suite 900
Tempe, Arizona 85281
480.507.6666
squireslaw@gmail.com
Attorney for Defendant CHRISTINA DANIELLE PATACKY-BEGHIN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No: CR-22-1507-PHX-SPL |
| Plaintiff, | ) | |
| vs. | ) | **MOTION TO CONTINUE SENTENCING** |
| (1) SHANE KILLIAN BURNS, | ) | |
| (2) CHRISTINA DANIELLE PATACKY- | ) | **(DEFENDANT NOT IN CUSTODY)** |
| BEGHIN, | ) | (HONORABLE STEVEN P. LOGAN) |
| Defendants. | ) | |

DEFENDANT, CHRISTINA DANIELLE PATACKY-BEGHIN, by and through undersigned counsel, hereby respectfully requests this Court enter an Order Continuing Sentencing currently set for February 5, 2023, at 3:00 p.m. and resetting Sentencing until the end of March 2024. The Government does NOT object to this motion.

**RESPECTFULLY SUBMITTED** this ___1st____ day of February 24.

                                                SQUIRESLAW, PLLC

JASON D. SQUIRES
Attorney for Ms. Beghin

**MAIL CERTIFICATE**

| | |
|---|---|
| 1 | |
| 2 | I HEREBY CERTIFY THAT ON THE FIRST DAY OF February 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants. |
| 3 | |
| 4 | Copy emailed/delivered this |
| 5 | _1ST____ day of February 24 to: |
| 6 | |
| 7 | HONORABLE STEVEN P. LOGAN UNITED STATES DISTRICT COURT |
| 8 | SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 521 401 West Washington, SPC 82 |
| 9 | Phoenix, Arizona 85003 |
| 10 | |
| 11 | MARGARET PERLMETER ASSISTANT UNITED STATES ATTORNEY TWO RENAISSANCE SQUARE |
| 12 | 40 N. Central, Suite 1800 Phoenix, Arizona 85004 |
| 13 | Lisa.jennis@usdoj.gov |
| 14 | LARRY KAZAN |

Reproducing as prose:

I HEREBY CERTIFY THAT ON THE FIRST DAY OF February 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

Copy emailed/delivered this
_1ST____ day of February 24
to:

HONORABLE STEVEN P. LOGAN
UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 521
401 West Washington, SPC 82
Phoenix, Arizona 85003

MARGARET PERLMETER
ASSISTANT UNITED STATES ATTORNEY
TWO RENAISSANCE SQUARE
40 N. Central, Suite 1800
Phoenix, Arizona 85004
Lisa.jennis@usdoj.gov

LARRY KAZAN

_____
Jason D. Squires
Attorney for Ms. Patacky-Beghin